IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES BENJAMIN SNELL,

      Plaintiff,

vs.                                            CIV. NO. 1:22-cv-00361-KG/KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings (Doc. 15).

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                                                                                  UNITED STATES DISTRICT JUDGE

*Electronically submitted 10/13/22*
JENNIFER RANDALL, Special Assistant United States Attorney

*Electronically approved 10/13/22*
FELIZ M. MARTONE, Attorney for Plaintiff

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.