IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES BENJAMIN SNELL,

    Plaintiff,

vs.                                                             CIV No. 22-361 KG/KRS

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand to Agency in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE